# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JERMAINE RUMLEY** | **CIVIL ACTION** |
| **VERSUS** | **NO. 19-9649** |
| **WARDEN DARRYL VANNOY** | **SECTION: "G"(1)** |

## ORDER

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file any objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the federal application for habeas corpus relief filed by Jermaine Rumley is **DISMISSED WITH PREJUDICE**.

NEW ORLEANS, LOUISIANA, this  30th  day of April, 2021.

_____
**NANNETTE JOLIVETTE BROWN**
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**